STRAND HOTEL CO. v. MARKEL et al. (No. 7002.) (Supreme Court, Appellate Division, First Department. March 19, 1915.) Appeal from Special Term, New York County. Action by the Strand Hotel Company against Louis Markel and another. From an order granting temporary injunction, defendants appeal. Modified and affirmed. A. S. Weltfisch, of New York City, for appellants. H. A. Rosenberg, of New York City, for respondent.

PER CURIAM. The order appealed from should be modified, so as to restrain the defendants from the use of the words "Strand Hotel" or "Hotel Strand," without the use of other qualifying words which would clearly distinguish between the two hotels. As so modified, the order is affirmed, without costs.

SULLIVAN, Respondent, v. ALVINO et al., Appellants. (Supreme Court, Appellate Division, First Department. March 12, 1915.) Action by Hannah Sullivan against Pietro Alvino and another. A. S. Fraser, of New York City, for appellants. O. A. Samuels, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SULLIVAN v. ROSSON et al. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Hannah Sullivan against Thomas Rosson and others. No opinion. Motion granted. Question certified. Order filed. See, also, 151 N. Y. Supp. 1146.

SUMMO, Respondent, v. SNARE & TRIEST CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 9, 1915.) Action by Vitacroscenza Summo, as administratrix, etc., against the Snare & Triest Company and another. No opinion. Motion denied. See, also, 152 N. Y. Supp. 29.

SUSS, Respondent, v. FARLEY, State Excise Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. April 9, 1915.) Action by Hyman Suss against William W. Farley, as State Commissioner of Excise. No opinion. Motion granted, without costs. See, also, 151 N. Y. Supp. 1146.

SUSSMAN v. HERSHFIELD. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Matilda Sussman against Aaron Hershfield. No opinion. Motion for stay granted. Settle order on notice. See, also, 152 N. Y. Supp. 1145.

SUSSMAN, Appellant, v. HERSHFIELD, Respondent. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Matilda Sussman against Aaron Hershfield. C. S. Bostwick, of New York City, for appellant. H. Silverman, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 152 N. Y. Supp. 1145.

TABLEPORTER, Respondent, v. SCHENECTADY RY. CO., Appellant. (Supreme Court, Appellate Division, First Department.

April 30, 1915.) Action by Morris Tableporter against the Schenectady Railway Company. D. J. Wagner, of New York City, for appellant. I. M. Wormser, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TEDESCO, Respondent, v. CARISELLO et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Michael Tedesco against Maria Carisello and another. No opinion. Motion to dismiss appeal denied, on condition that appellants perfect the appeal, place the case on the April calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs. See, also, 152 N. Y. Supp. 1145.

TEDESCO, Respondent, v. CARUSELLE et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 9, 1915.) Action by Michael Tedesco against Maria Caruselle and another. No opinion. Judgment affirmed by default, with costs. See, also, 152 N. Y. Supp. 1145.

TEETER v. DANIEL. (Supreme Court, Appellate Division, First Department. April 9, 1915.) Action by Sidney M. Teeter against Anna K. Daniel. No opinion. Motion granted, so far as to allow the pending appeal in this case to be argued on the original papers, without printing. Order filed. See, also, 164 App. Div. 947, 149 N. Y. Supp. 1114.

In re TERMINAL STATION COMMISSION OF CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. March 10, 1915.) In the matter of the application of the Terminal Station Commission of the City of Buffalo for the appointment of appraisers to ascertain the compensation to be paid to owners of lands taken for relocation of Ohio street and owned by Isaac A. Aldrich, Charles H. McCutcheon, and others.

PER CURIAM. Order modified, so as to direct a stay of proceedings in the severed proceeding against the appellant, Charles H. McCutcheon, only until the close of the present term of this court, and if the appeal of said McCutcheon in the said action, in which he is plaintiff and the Terminal Station Commission of the City of Buffalo and others are defendants, is argued or submitted at the present term of this court, then such stay to continue until the decision of such appeal, and, as so modified, the order is affirmed, without costs of this appeal to either party.

TERPEZONE CO., Respondent, v. KNOX TERPEZONE CO. OF AMERICA et al., Appellants. (Supreme Court, Appellate Division, First Department. May 7, 1915.) Action by the Terpezone Company against the Knox Terpezone Company of America and others. H. M. V. Connelly, of New York City, for appellants. R. S. Fletcher, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 162 App. Div. 901, 146 N. Y. Supp. 1114.